Eddie HOWARD, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2011–7044.

United States Court of Appeals, Federal Circuit.

March 28, 2011.

David J. Lowenstein, Goodman, Allen & Filetti, Arlington, VA, for Claimant–Appellant.

**ORDER**

Eddie Howard moves to reinstate his appeal.

On March 9, 2011, the court dismissed Howard's appeal for failing to file his informal brief. Howard has simultaneously filed his brief with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's March 9, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Secretary of Veterans Affairs should calculate his brief due date from the date of filing of this order.